FILED
CLERK
1:42 pm, Apr 29, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
LISA DATIZ,

                Plaintiff,　　**MEMORANDUM OF**
　　　　　　　　　　　　　　　　　　**DECISION & ORDER**
     -against-　　　　　　　　2:15-cv-03549 (ADS)(AKT)

INTERNATIONAL RECOVERY
ASSOCIATES, INC.

                Defendant.
---------------------------------------------------------X

**SPATT, District Judge**:

On June 17, 2015, plaintiff Lisa Datiz (the "Plaintiff") brought the instant action alleging that defendant International Recover Associates (the "Defendant") violated various provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

On September 24, 2018, the Court granted the Plaintiff's motion for summary judgment.

On November 30, 2018, the Plaintiff filed a motion for attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

The Court hereby refers this matter to United States Magistrate Judge A. Kathleen Tomlinson for a recommendation as to whether the motion for attorney's fees should be granted, and if so, what the award should be. The Clerk of the Court is respectfully directed to note the referral.

1

**SO ORDERED**.

Dated: Central Islip, New York

April 29, 2019

　　　/s/ Arthur D. Spatt　　

ARTHUR D. SPATT

United States District Judge