**ROBERT L. ARLEO, ESQ. P.C.**
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                                  Fax: (518) 751-1801
Email: robertarleo@gmail.com

                                                                                           July 15, 2020

Hon. Denis R. Hurley
United States District Court Judge
United States District Court, E.D.N.Y.
 100 Federal Plaza
Central Islip, New York   11722

                Re:  Datiz v. International Recovery Associates, Inc.
                   15-cv-03549  (DRH)(AKT)

Dear District Judge Hurley:

   I represent the Defendant named in the above-entitled action. The parties have been engaged in serious settlement discussions in the attempt to resolve the issue of attorneys fees. The Defendant asks Your Honor to stay the 14 day clock in regard to filing of any motion for reconsideration of Your Honor's order adopting the report and recommendation regarding attorneys fees, as modified (Dkt. No. 168) pending the parties' attempt to resolve the fees issue on their own. The Plaintiff does not consent to this request.

                                                Respectfully submitted,

                                                / s /  *Robert L. Arleo*

                                                Robert L. Arleo

RLA:gra
cc:  All attorneys of record via ECF